UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CONVENIENCE
DISTRIBUTORS, LLC,

                Plaintiff,

-*against*-

MOUNTAIN CANDY & CIGAR CO.,
INC. *d/b/a* MOUNTAIN
SERVICE DISTRIBUTORS, INC.,

                Defendant.

**ORDER**

25-cv-00259 (ER)

RAMOS, D.J.:

      National Convenience Distributors, LLC filed a motion for temporary restraining order and preliminary injunction on January 13, 2025.  Doc. 7.  On January 28, 2025, the Court denied the motion for temporary restraining order.  Doc. 12.  On February 12, 2025, the Court held a hearing on the motion for preliminary injunction.  For the reasons set forth on the record, the motion for preliminary injunction is denied.  The Clerk of Court is directed to terminate the motion, Doc. 7.

      It is SO ORDERED.

Dated:    February 13, 2025
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.