UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATIONAL CONVENIENCE
DISTRIBUTORS, LLC,

              Plaintiff,

-*against*-

MOUNTAIN CANDY & CIGAR CO., INC.
*d/b/a* MOUNTAIN SERVICE
DISTRIBUTORS, INC.,

              Defendant.

**ORDER**

25-cv-259 (ER)

RAMOS, D.J.

On February 26, 2025, Mountain Candy & Cigar Co., Inc. filed a motion to dismiss the complaint. Doc. 41. On April 11, 2025, National Convenience Distributors, LLC filed an amended complaint. Doc. 57.

Accordingly, as the original complaint is no longer the operative complaint, the first filed motion to dismiss is moot. Doc. 41. The Clerk of Court is respectfully directed to terminate the motion, Document 41.

SO ORDERED.

Dated:   April 14, 2025
          New York, New York

                                          EDGARDO RAMOS, U.S.D.J.