**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------------X
NATIONAL CONVENIENCE
DISTRIBUTORS, LLC,

                    Plaintiff,                      25 **CIVIL** 0259 (ER)

        -against-                         **JUDGMENT**

  MOUNTAIN CANDY & CIGAR CO., INC.,

                   Defendant.
--------------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated March 26, 2026, the motion to dismiss is

GRANTED and the motion for sanctions is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York

     March 31, 2026

                            **TAMMI M. HELLWIG**

                                **Clerk of Court**

              **BY:**

                         **Deputy Clerk**